IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

14 MAR 25 PM 1:57

CLERK-ALBUQUERQUE

CASE NO. <u>13CV1206 SMV-RHS</u>

FRANK BLACKMOON, and
ZIOMARA IBARRA-BLACKMOON,

    Plaintiffs,

v.

ROBERT M. DOWNEY, P. A., and
ROBERT M. DOWNEY, an individual

    Defendants.
_____/

## DECLARATION OF ZIOMARA IBARRA-BLACKMOON

I, ZIOMARA IBARRA-BLACKMOON, being of full age, hereby declare under penalty of perjury and to the best of my knowledge state as follows:

1. I am a Plaintiff in the above captioned case.

2. I am a citizen of the U. S. A. and a full time resident of the State of New Mexico.

3. I am a co-inventor listed on U.S. Patent No. 6,337,618 B1 ("lock patent").

4. I submit this declaration in support of Plaintiffs' claims.

5. I am a client of the Florida based Robert M. Downey, P.A. law firm.

6. I have read the declaration of our patent attorney Robert M. Downey the President of Robert M. Downey, P.A., that being said, I conclude Mr. Downey perjured himself through his declaration.

7. I perform the financial book-keeping for our household and our business.

8. I took it upon myself to save and store the lock patent documents including, invoices, receipts, canceled checks, money orders and copies of the like.

9. Frank and I found the project to be both complicated and very expensive.

10. We discussed the risks and expense with Mr. Downey. At the time we trusted him completely and paid him a lot of money.

11. Downey introduced us to Mr. James Craig.

12. As we got to know Mr. Craig, I noticed that he never pressured us for money. Mr. Craig seemed to like our idea and wanted to help us succeed with the invention, so, we decided to partner with him.

13. As we got to know more about dealing with Mr. Downey, I noticed all he wanted us to do was invest more and more money for his services, but, I became concerned as the project went on and on for years.

14. What always concerned me about Mr. Downey was he routinely suggested to Frank that we pay in cash to receive a discount.

15. When Mr. Downey also offered us a good size discount to settle our account in cash when the patent was completed Frank agreed.

16. We paid Mr. Downey a lot of cash thousands and thousands of dollars.

17. At that time, I was very concerned that paying Mr. Downey so much cash would hurt our tax return.

18. We always pay our taxes. We respect our rights here in the USA. I did not like the idea of paying Mr. Downey in cash so I suggested Frank pay with a cash equivalent, like US Postal money orders.

BLACKMOON v DOWNEY
CASE NO. 13CV1206 SMV-RHS

19. I know the document Downey references at paragraph (8) in his declaration is a fraud (*See* Declaration of Robert M. Downey Exhibit C). I have never seen this document before. The document dated July 19, 2005 is not authentic.

20. I asked our son, who, is working toward his legal degree to advise us how to combat such blatant lies, his response; demand to see irrefutable proof.

21. I demand irrefutable proof, from Downey showing Frank and I, and Mr. Craig owe Downey the $4,194.95 he now claims.

22. I am so disappointed by what I've read, we trusted Mr. Downey with our investment. I feel so betrayed.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the forgoing statements made by me are true and correct to the best of my knowledge.

*Ziomara Ibarra-Blackmoon*

State of New Mexico
County of Cibola

The foregoing instrument was acknowledged before me this 17 day of March, 2014 by Ziomara Ibarra-Blackmoon [X] who is personally known to me.

*Bob Clements*
Notary Public
Commission Stamp/Seal:

May 28- 2015

**Notary Seal**