IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CASE NO. 13CV1206 SMV-RHS

FRANK BLACKMOON, and
ZIOMARA IBARRA-BLACKMOON,

    Plaintiffs,

v.

ROBERT M. DOWNEY, P.A., and
ROBERT M. DOWNEY, an individual

    Defendants.

## NOTICE OF COMPLETION OF BRIEFING

COMES NOW Defendants by and through their attorneys, BEALL & BIEHLER, by Josh A. Harris, and hereby give notice that Defendants' Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction and Improper Venue, or to Transfer Venue Under 28 U.S.C. §1404; and Declaration of Robert M. Downey in Support Thereof filed on January 17, 2014 is ripe for decision. Other pleadings related to this Motion are Plaintiffs' Response filed on March 24, 2014 and Defendants' reply filed on April 7, 2014.

    Respectfully submitted,

    BEALL & BIEHLER

    By:   */s/ Josh A. Harris*

        Josh A. Harris
        Attorneys for Defendants
        6715 Academy NE
        Albuquerque, NM  87109
        505/828-3600
        505/828-3900 *fax*

I hereby certify that a true and correct copy of the foregoing was sent via electronic mail to:

Frank Blackmoon
Ziomara Ibarra-Blackmoon
HC-61 Box 3011
Ramah, NM  87321
Phone: 505-903-9657
Fax: 505-775-3042
frankblackmoon@aol.com

on this **8th** day of **April, 2014**.

   */s/ Josh A. Harris*
Josh A. Harris